UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANCE RAY HORNTVEDT, SR, | NO:  4:20-CV-5173-TOR |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| FRANKLIN COUNTY CORRECTIONS CENTER, STEPHEN SULTEMEIER, JEREMY JANSKY, YVETTE WILSON, MCKENZIE BURGESS, ANDREW SHIELDS and FRANKLIN COUNTY, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 27).  The parties agree that Plaintiff's claims against all parties and issues be dismissed with prejudice and without cost or attorney fees to either party.  The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all parties and issues in this action are **DISMISSED** with prejudice and without costs or attorney fees to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal with Prejudice, furnish copies to the parties, and **CLOSE** the file.

DATED August 3, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2